IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00638-ZLW-MJW

WAYNE T.  PALMER,

Plaintiff(s),

v.

KEN SALAZAR, Secretary, Department of the Interior,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the **Unopposed Motion to Amend Scheduling Order, DN 68**, filed with the Court on January 11, 2010, DN 68, is GRANTED.  The Scheduling Order is amended as follows:

Section 8 "Case Plan and Schedule"

b.  Discovery Cut-off:            April 29, 2010

c.  Dispositive Motion Deadline:  May 26, 2010

d.  The Final Pretrial Conference set on April 26, 2010, at 8:30 a.m., is VACATED and RESET on July 26, 2010, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to the court on or before July 20, 2010.

It is FURTHER ORDERED that the **Unopposed Motion to Continue Settlement Conference, DN 67**, filed with the Court on January 11, 2010, IS GRANTED.  The Settlement Conference set on January 19, 2010, at 10:00 a.m., is VACATED and is RESET on February 23, 2010, at 10:00 a.m.   The parties shall submit their updated confidential settlement statements on or before February 17, 2010.

Date:  January 14, 2010