IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| WAYNE T. PALMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEN SALAZAR, Secretary of the Department )<br>of the Interior, )<br>)<br>Defendant. ) | Civil Action No. 04-cv-00638-ZLW-MJW |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**
( Docket No. 66 )

The Court, having reviewed the Unopposed Motion to Withdraw as Counsel, and being fully advised, Orders as follows:

The Unopposed Motion to Withdraw as Counsel is hereby Granted. Rebecca Ledges is permitted to withdraw as counsel for Mr. Palmer and is hereby deemed to have withdrawn as counsel for Mr. Palmer. (*) Ms Ledges shall make her file available to any subsequent counsel and/or to Plaintiff himself.

Dated this 12th day of January, 2010.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

17164.1/05015.140