**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**   04-cv-00638-ZLW-MJW | FTR - Courtroom A-502 |
| **Date:**   February 22, 2011 | Courtroom Deputy, Ellen E. Miller |
| WAYNE T.  PALMER, | Dale A. Gaar |
| | T. Edward Williams |
| Plaintiff(s), | |
| v. | |
| KEN SALAZAR, | William G.  Pharo |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING:   SETTLEMENT  PLACED  ON  RECORD**
**Court in session:**   4:10 p.m.
Court calls case.  Appearances of counsel.  Also present are plaintiff and defendant representatives Deborah Tschudy and Byron Brown.

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from all parties as to their understanding of and agreement with the terms as the Court has stated, and all participants indicate in the affirmative.

**It is ORDERED:**   The Settlement Agreement is approved.

**It is ORDERED:**   A Stipulated Motion to Dismiss shall be submitted to the Court **on or before   APRIL 01, 2011.**   Defendant shall prepare the motion to dismiss.

Plaintiff's counsel make an Oral Motion to Withdraw their Unopposed Motion to Withdraw as Counsel for Plaintiff [Docket No.  107, Filed February 22, 2011].  With no objections,

**It is ORDERED:**   Defendant's ORAL MOTION TO WITHDRAW Unopposed Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Plaintiff's UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF [Docket No. **107**, Filed February 22, 2011] is WITHDRAWN.

**It is ORDERED:**   Based upon the settlement, DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT [Docket No. **74**, Filed May 26, 2010]  is deemed MOOT and is DENIED WITHOUT PREJUDICE.

**It is ORDERED:**   Based upon the settlement, DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT [Docket No.  **75**, Filed May 26,

                                    2010] is deemed MOOT and is DENIED WITHOUT PREJUDICE.

**It is ORDERED:**      Based upon the settlement, DEFENDANT'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT [Docket No. **78**, Filed May 27, 2010] is deemed MOOT and is DENIED WITHOUT PREJUDICE.

Hearing concluded.
**Court in recess:**    4:17 p.m.
Total In-Court Time: 00:17

The Court spent a total of 4 hours and 47 minutes preparing for and conducting this settlement conference and placing the settlement agreement on the record.